1  Marc V. Kalagian
   Attorney at Law: 149034
2  Rohlfing & Kalagian, LLP
   211 E. Ocean Boulevard, Ste. 420
3  Long Beach, California 90802
   Tel.: (562) 437-7006
4  Fax: (562) 432-2935
   E-Mail: marckalagian_rohlfinglaw@hotmail.com
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12 | ANDRE SMITH,                      ) Case No.: CV 07-4697 PLA
13 |                                   )
   |          Plaintiff,               ) ORDER AWARDING EAJA
14 |                                   ) ATTORNEY FEES
   |     vs.                           )
15 |                                   )
   | MICHAEL J. ASTRUE,                )
16 |                                   )
   | COMMISSIONER OF SOCIAL            )
17 |                                   )
   | SECURITY ADMINISTRATION,          )
18 |                                   )
   |          Defendant                )
19

20       Based upon the parties' Stipulation for the Award and Payment of Equal

21 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

22 Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,

23 the amount of THREE THOUSAND-FOUR HUNDRED dollars ($3,400.00)  as

24 authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced

25 Stipulation.

26 DATE:    8/29/08

27                              /s/
                        THE HONORABLE PAUL L. ABRAMS
28                      UNITED STATES MAGISTRATE JUDGE

-1-